In the Matter of the Application of the CONSOLIDATED TELE-GRAPH AND ELECTRICAL SUBWAY COMPANY, Appellant, for a Peremptory Writ of Mandamus against HERMAN A. METZ, as Comptroller of the City of New York, et al., Respondents.

*Matter of Consolidated Tel. & El. Subway Co.*, 119 App. Div. 835, affirmed.

(Argued October 2, 1907; decided October 22, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 10, 1907, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendants to note upon the tax books of the city of New York the payment in full of the special franchise tax assessed against the petitioner for the year 1900 and to execute and deliver to it a receipt therefor.

*Henry J. Hemmens* for appellant.

*Francis K. Pendleton, Corporation Counsel (George S. Coleman* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.